Cite as 2024 Ark. 172

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE AMENDMENT TO ADMINISTRATIVE PLAN FOR THE SIXTH JUDICIAL CIRCUIT | **Opinion Delivered:** November 21, 2024 |

## PER CURIAM

Pursuant to Arkansas Supreme Court Administrative Order No. 14, the Sixth Judicial Circuit submitted an amendment to its administrative plan. The amendment has been approved and shall be effective January 1, 2025.

The currently approved administrative plan shall remain in full force and effect until January 1, 2025.